

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Tommie Coleman, Appellant

No. 06-19-00266-CR     v.

The State of Texas, Appellee

Appeal from the County Court of Delta County, Texas (Tr. Ct. No. 2019-085). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Tommie Coleman, pay all costs incurred by reason of this appeal.

RENDERED DECEMBER 11, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk